IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No.: 3:18-cv-00895 |
| | ) JUDGE TRAUGER |
| BRIAN P. MANOOKIAN, | ) ) |
| Respondent. | ) |

## AFFIDAVIT OF RETURN SERVICE

I, Lisa C. Anderson, Revenue Officer being first duly sworn do say:

1. On <u>October 1, 2018</u>, at approximately <u>12:15</u> a.m./p.m., I personally served the Order setting a hearing in this case regarding the enforcement of the administrative summons of the Internal Revenue Service on <u>Brian Manookian</u> at the following address: <u>45 Music Square West Nashville, TN 37203</u>.

FURTHER AFFIANT SAYETH NOT.

Dated: <u>October 2, 2018</u>

*Lisa C. Anderson*
LISA C. ANDERSON
REVENUE OFFICER
INTERNAL REVENUE SERVICE

Subscribed and sworn to before me this 2nd day of October, 2018.

*Pamela B. Jones*
Notary Public

My commission expires: 05/02/2019