UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 3:18-cv-00895 |
| | ) | JUDGE TRAUGER |
| BRIAN P. MANOOKIAN, | ) | MAGISTRATE JUDGE HOLMES |
| | ) | |
| Respondent. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that the United States of America and Lisa Anderson, Revenue Officer of the Internal Revenue Service, hereby voluntarily dismisses the above-entitled action without prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, as the Respondent provided the necessary documentation to the Internal Revenue Service.

The Petitioners further request that the hearing currently scheduled for November 30, 2018, at 4:00 p.m. be cancelled.

                                        Respectfully submitted,

                                        DONALD Q. COCHRAN
                                        United States Attorney
                                        Middle District of Tennessee

                      By:    s/ Steve Jordan
                             STEVE JORDAN, BPR #013291
                             Assistant United States Attorney
                             110 9th Avenue South, Suite A-961
                             Nashville, Tennessee 37203
                             Telephone: (615) 736-5151
                             Facsimile: (615) 401-6626

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via the Court's electronic filing system, and served via first class mail, United States regular mail, postage prepaid, this 16th day of November 2018, to the following:

John P. Konvalinka
Grant Konvalinka & Harrison, P.C.
633 Chestnut Street
Republic Centre, Suite 900
Chattanooga, TN 37450

s/ Steve Jordan
Assistant United States Attorney